UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELTA AIR LINES, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>[24]7.AI, INC. and 24/7 CUSTOMER PHILIPPINES, INC.,<br><br>   Defendants. | CIVIL ACTION NO. 1:19-cv-07430-ER<br><br>**NOTICE OF SETTLEMENT** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Delta Airlines, Inc. and Defendants [24]7.ai, Inc. and 24/7 Customer Philippines, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above captioned matter with prejudice, with each party to bear its own attorney's fees and costs.

Dated: July 12, 2021.

*/s/ Paul A. Straus*
Paul A. Straus
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2136
Fax: (212) 556-2222
pstraus@kslaw.com

David L. Balser*
J. Andrew Pratt*
James Matthew Brigman*
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Tel: (404) 572-4600

Fax: (404) 572-5100
dbalser@kslaw.com
apratt@kslaw.com
mbrigman@kslaw.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff Delta Air Lines, Inc*

_____
John V. Picone III*
Jennifer S. Coleman*
Mary Elizabeth Cirone*
**HOPKINS & CARLEY ALC**
70 South First Street
San Jose, CA 95113
Tel: (408) 286-9800
Fax: (408) 938-6273
jpicone@hopkinscarley.com
jcoleman@hopkinscarley.com
*(admitted *pro hac vice*)

*Counsel for Defendants [24]7.ai, Inc. and [24]7 Customer Philippines, Inc.*